OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015

EARLY, JOSHUA          Tr. Ct. No. D-1-DC-02-100610-A          WR-83,796-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
[] NEED BOOKING #/DOB
[] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED - NO RETURN ADDRESS

JOSHUA EARLY
TRAVIS CO. CORR. CEN - TDC # 1344817
814 BILL PRICE RD.
DEL VALLE, TX 78617

N3B 78617